**Order entered August 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00357-CR

### JOSHUA LEE DIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82812-2014**

## ORDER
Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in this appeal **INSTANTER**.

We **DIRECT** the Clerk to send copies of the opinion and this order to Joshua Lee Dixon, No. 304234, Collin County Detention Center, 4300 Community Avenue, McKinney, Texas 75071.

/s/    LANA MYERS
       JUSTICE